RECEIVED
IN LAKE CHARLES, LA

OCT 2 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LINDA B. HAMMAC, INDIVIDUALLY AND AS INDEPENDENT TESTAMENTARY CO-EXECUTOR ON BEHALF OF THE ADELLA SMITH BROOME SUCCESSION | : | DOCKET NO. 06-1184 |
| VS. | : | JUDGE MINALDI |
| ALLSTATE INSURANCE COMPANY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's motion to remand [doc. # 11] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25 day of October, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE